```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
CHRISTOPHER FINITZ et al.,                          :
                                                    :
                        Plaintiffs,                 :
                                                    :         18-CV-9640 (JPC)
        -v-                                         :
                                                    :              ORDER
JOHN R. O'ROURKE et al.,                            :
                                                    :
                        Defendants.                 :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

It is hereby ORDERED that this case shall remain stayed pending the resolution of the motion to file a consolidated second amended complaint in *Takata v. Riot Blockchain, Inc., et al*, 3:18-cv-02293-FLW-TJB, filed in the U.S. District Court for the District of New Jersey. Within two weeks of the resolution of the motion to amend, the parties shall meet and confer and shall submit a letter to the Court regarding next steps in this litigation, including whether a further extension of the stay is preferable or necessary. It is further ORDERED that the parties shall submit a joint update letter apprising the Court on the status of *Takata* every ninety days, with the first letter due on February 1, 2021.

SO ORDERED.

Dated: December 9, 2020
       New York, New York
                                              _____
                                                      JOHN P. CRONAN
                                                  United States District Judge